Dismissed and Memorandum Opinion filed July 26, 2007








Dismissed
and Memorandum Opinion filed July 26, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00444-CV

____________

 

IHSAN SHANTI, M.D., AND SHANTI PAIN AND

WELLNESS CLINIC, P.A, Appellants

 

V.

 

SHARON SPEARS, Appellee

 



 

On Appeal from the
189th District Court

 Harris
County, Texas

Trial Court Cause
No. 2007-05028

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed May 4, 2007.  On July 13, 2007, appellants filed
a motion to dismiss the appeal.  See Tex.
R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed July
26, 2007.

Panel consists of Justices Anderson, Fowler, and Frost.